

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street – Suite 1100*
*White Plains, New York 10606*

January 24, 2024

Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

      Re:  United States v. James Collins, Jr.
           24 Mag. 283

Dear Judge McCarthy:

      The defendant in the above-referenced Complaint was arrested this morning. Accordingly, the Government requests that the Complaint be unsealed.

                      Respectfully,

                      DAMIAN WILLIAMS
                      United States Attorney

            By: *[signature]*
                  Marcia S. Cohen
                  Assistant U.S. Attorney
                  (914) 993-1902

**APPLICATION GRANTED**

*[signature]*
Hon. Judith C. McCarthy    1-24-2023